Theresa SPARROW, Plaintiff—
Appellant,

v.

Michael J. ASTRUE, Defendant—
Appellee.

No. 06–1910.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 25, 2007.

Decided: Aug. 10, 2007.·

Brian M. Ricci, Edwards & Ricci, PA,
Greenville, North Carolina, for Appellant.
George E.B. Holding, United States Attor-
ney, Anne M. Hayes, Joshua B. Royster,
Assistant United States Attorneys, Ra-
leigh, North Carolina, for Appellee.

Before MOTZ, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Theresa Sparrow appeals the order of the magistrate judge upholding the denial of disability insurance benefits.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Sparrow v. Astrue,* No. 4:05–cv–00150–WW (E.D.N.C. Aug. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the exercise of jurisdiction by the magistrate judge.